1  ALEXANDER G. CALFO (SBN 152891)
   *alexander.calfo@btlaw.com*
2  KELLEY S. OLAH, (SBN 245180)
   *kelley.olah@btlaw.com*
3  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   *gabrielle.anderson-thompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California  90067
   Telephone:    (310) 284-3880
6  Facsimile:    (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC. and JOHNSON &
8  JOHNSON

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONDELLO<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., *an Indiana corporation*; JOHNSON & JOHNSON, *a New Jersey corporation* and DOES 1-100.<br><br>Defendants. | Case No.  CV14-02086-VC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1) AND  ORDER**<br>Complaint Served:       April 8, 2014<br>Removal Date:           May 7, 2014<br>Current Response Date:  May 14, 2014<br>Agreed Response Date:   June 13, 2014<br><br>JURY TRIAL DEMANDED |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants DEPUY ORTHOPAEDICS, INC., and JOHNSON & JOHNSON (hereinafter collectively referred to as "Defendants") hereby request, and Plaintiff RICHARD MONDELLO (hereinafter "Plaintiff") hereby agree to Defendants' request, for an extension of time for Defendants to file a response to Plaintiff's Complaint. Plaintiff's Complaint was filed on February 10, 2014, Defendants were served on or about April

1  8, 2014, and the case was removed on May 7, 2014.

2  THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for Defendants to respond to June 13, 2014.

Respectfully submitted,

Dated: May 12, 2014  **LAW OFFICE OF RICHARD E. BROWN**

By /s/ *Richard E. Brown*
Richard E. Brown

**LAW OFFICE OF JENNIFER L. KING**
Jennifer L. King
Attorneys for Plaintiff RICHARD MONDELLO

Dated: May 12, 2014  **BARNES & THORNBURG LLP**

By /s/ *Alexander G. Calfo*
Alexander G. Calfo
Kelley S. Olah
Gabrielle Anderson-Thompson
Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.; and JOHNSON & JOHNSON

Date: May 15, 2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Vince Chhabria