ALEXANDER G. CALFO (SBN 152891)
*alexander.calfo@btlaw.com*
KELLEY S. OLAH, (SBN 245180)
*kelley.olah@btlaw.com*
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
*gabrielle.anderson-thompson@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. and JOHNSON & JOHNSON

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONDELLO<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., *an Indiana corporation*; JOHNSON & JOHNSON, *a New Jersey corporation* and DOES 1-100.<br><br>Defendants. | Case No. CV14-02086-VC<br><br>[PROPOSED] **ORDER RE STIPULATION MODIFY CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Current CMC Date: August 19, 2014<br>Agreed CMC Date: September 30, 2014<br><br>*Judge: Hon. Vince G. Chhabria* |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Modify Case Management Conference submitted by Plaintiff RICHARD MONDELLO, and Defendants DEPUY ORTHOPAEDICS, INC. and JOHNSON & JOHNSON (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request to Modify Case Management Conference is GRANTED;
2. Case Management Conference will take place on September 30, 2014.

- 1 -    CV14-02086-VC

3. Deadline to file a Joint Case Management Statement is September 23, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 30__, 2014

_____
HON. VINCE G. CHHABRIA
United States District Judge

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

CV14-02086-VC

[PROPOSED] ORDER RE STIPULATION MODIFY CASE MANAGEMENT CONFERENCE AND RELATED DATES